1  **Michael G. Kasolas**
   **PO Box 26650**
2  **San Francisco, CA 94126-6650**
   **(415) 504-1926**
3
   **Trustee in Bankruptcy**
4

5

6

7

8                    UNITED STATES BANKRUPTCY COURT

9           NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

10  **In re:**                              **Case No. 19-41633 CN**

11  **Felipe M Cortez**                     **Chapter 7**

12                                          **TRUSTEE'S REQUEST FOR NOTICE**
                                            **OF POSSIBLE DIVIDEND**
13  **Debtor(s)**

14

15

16  TO THE CLERK:

17  A claims bar date in this case has not been set and the trustee has not previously requested a Notice of

18  Possible Dividend.  It appears that there may be sufficient assets available for the payment of a dividend to

19  creditors.  Accordingly, the trustee requests pursuant to F. R. B. P. 3002 (a) (5) that a claims bar date be

20  set and a Notice of Possible Dividend be sent to all creditors.

21

22

23  Dated:  September 20, 2019            /s/ Michael G. Kasolas
                                          Michael G. Kasolas, BANKRUPTCY TRUSTEE
24

25

26

27

28